THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT CAMERON, Appellant.

*People* v. *Cameron*, 89 App. Div. 141, affirmed.
(Argued January 30, 1905; decided February 21, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 1, 1903, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree, and an order denying a motion for a new trial.

*Hamilton Ward, Jr.,* for appellant.

*John W. Ryan* for respondent.

Judgment of conviction and order denying motion for a new trial affirmed ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

GEORGE T. MAXWELL, Respondent, *v.* JAMES K. WHITAKER, Appellant, and HARRY B. HOLLINS et al., Respondents.

*Maxwell* v. *Whitaker*, 90 App. Div. 606, affirmed.
(Argued January 30, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1904, affirming a judgment entered upon the report of a referee in an action for an accounting.

*William C. Prime* and *Charles B. Alexander* for appellant.

*Eustace Conway* for plaintiff, respondent.

*Lawrence E. Sexton* for defendants, respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.